**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-8529**

———————

MERRILL E. FIELDS,

　　　　　　　　　　　　　　　　　　Petitioner - Appellant,

　　　versus

WILLIAM SMITH, Warden; ATTORNEY GENERAL OF THE
STATE OF MARYLAND,

　　　　　　　　　　　　　　　　　　Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.　Alexander Harvey II, Senior District
Judge.　(CA-95-2864-H)

———————

Submitted:　April 15, 1996　　　　　　Decided:　May 2, 1996

———————

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Merrill E. Fields, Appellant Pro Se.　John Joseph Curran, Jr.,
Attorney General, Richard Bruce Rosenblatt, Assistant Attorney
General, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Fields v. Smith, No. CA-95-2864-H (D. Md. Nov. 28, 1995). We deny Appellant's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2